371 A.2d 232

Commonwealth v. Lobb, Appellant.

Submitted June 22, 1976. James C. Hogan, and Hogan and Scott, for appellant; John J. Segata, Jr., Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 232

Commonwealth v. McCleary, Appellant.

Submitted April 2, 1976. Robert B. Mozenter, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.